UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOE PITTS**

**VERSUS**

**SAM'S EAST, INC., ET AL.**

**CIVIL ACTION**

**NO. 20-87-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 8, 2020 (Doc. 13), to which an objection was filed by Sam's East, Inc. on July 16, 2020 (Doc. 14);

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 5) is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Judgment shall be entered.

Signed in Baton Rouge, Louisiana, on <u>July 23, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**